# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CARRILLO'S ENTERPRISE INC., and JOHN CARLOS VILLA<br><br>Defendants. | Case No. 1:20-cv-00720-AWI-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF Nos. 8, 9) |

Plaintiff Century Surety Company and Defendant Carrillo's Enterprise Inc. have filed a stipulation for dismissal of the action with prejudice (ECF No. 8). Plaintiff has also filed a notice of voluntary dismissal, voluntarily dismissing with prejudice the remaining defendant, John Carlos Villa (ECF No. 9). Villa has not filed an answer, a motion for summary judgment, or otherwise appeared in the case. In light of the stipulation for dismissal and the notice of voluntary dismissal, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **September 28, 2020**                    /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28